# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00007-CV

**In re Matt Ridgeway**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Based on the briefing and record,[1] the petition for writ of mandamus is denied.

*See* Tex. R. App. P. 52.8(a).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Smith

Filed: August 26, 2021

---

[1] Relator has failed to provide a complete record, including but not limited to the transcript from the trial court hearing. *See* Tex. R. App. P. 52.7(a).